Supporting

Documents

III

54

804 & COPY TO RECORDS ON: _____ BY: _____ [ ]CCCMS [ ]EOP [ ]NIMHP

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## RULES VIOLATION REPORT

T.A.B.E. Score is **9.4**

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST | HOUSING | LOG NO. |
|---|---|---|---|---|---|---|
| K-93463 | **BROWN** | | 11/4/9 CFO | CTF-NOR | WB-312U | VI-08-07-001 |
| VIOLATED RULE NO(S). | | SPECIFIC ACTS | | LOCATION | DATE | TIME |
| CCR §3041(b) | | Refused To Report To Work/job Assignment | | Sap Building | 8/1/2007 | 0935 Hours |

CIRCUMSTANCES

On 8/1/2007, at approximately 0935 hours, while I was assigned as a substance abuse counselor, Inmate **BROWN**, K-93463, WB-312U, assigned to SAP 444 refused to attend SAP. Inmate BROWN stated, "I don't want to come, it interferes with my litigations." Per Officer Carrillo in housing unit Whitney. Inmate BROWN is aware of his job description and expectations. Inmate BROWN will receive an (A) day and CDCR-115 for failure to report.

Inmate **BROWN** is aware of this CDCR-115 RVR and the specific charge. Inmate BROWN is not a mental health patient / participant at any level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ M. Rodriguez, Journey/Counselor | | 8-2-07 | N. SAP | S/S/H |
| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| ▶ D. C. Salviejo, Correctional Sergeant | | 8/2/ | DATE _____ LOC. _____ | |

| ☐ CLASSIFIED ☐ ADMINISTRATIVE ☒ SERIOUS | OFFENSE DIVISION: "F" 00-30 | DATE 8-2-07 | CLASSIFIED BY (Typed Name and Signature) ▶ D. N. McCall, Correctional Lieutenant | HEARING REFERRED TO ☐ HO ☒ SHO ☐ SC ☐ FC |
|---|---|---|---|---|

COPIES GIVEN TO INMATE BEFORE HEARING

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING:

PLEA: Inmate **BROWN** pled **NOT GUILTY.**

FINDINGS: Inmate **BROWN** has been found **GUILTY** of being in violation of CCR§ 3041(b), specifically **Refused To Report To Work/job Assignment.**

DISPOSITION: Inmate BROWN is assessed 30 Days Forfeiture of Credit, which is consistent with a Division "F" Offense, CCR §3323(h)(3); Counseled and Reprimanded.

### DISPOSITION CONTINUED ON CDC-115C

| REFERRED TO ☐ CLASSIFICATION    ☐ BPT / NAEA | | | | | |
|---|---|---|---|---|---|
| ACTION BY: (TYPED NAME) ▶ E. Stephens, Correctional Lieutenant (SHO) | | SIGNATURE ▶ | | DATE | TIME |
| REVIEWED BY: (TYPED NAME) ▶ J. Sareli, Facility Captain | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ G.A. Ortiz, Associate Warden, CDO | | DATE | |
| ☐ COPY OF CDC 115 GIVEN TO INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |

CDCR.115 (7/88)

115 TB:                    115 HB:

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS & REHABILITATION
RULES VIOLATION REPORT – PART C                                        PAGE ___2___ of ___2___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-93463 | BROWN | VI-08-07-001 | CTF-NORTH | 08/24/07 |

☐ SUPPLEMENTAL     ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☒ HEARING ☐ IE REPORT ☐ OTHER_____

**HEARING:** Inmate BROWN appeared before the Senior Hearing Officer on 08/24/07, at 0/83 hours. The purpose for the hearing was explained. Inmate BROWN acknowledges receiving all copies of relevant documents more than 24 hours prior to this hearing.

**INMATE'S HEALTH:** Inmate BROWN stated that his health is good.

**MHDS:** Inmate BROWN is not a mental health patient / participant at any level of care, and did not exhibit behavior that was bizarre, unusual, or uncharacteristic at the time of the events documented in this Rules Violation Report. A referral to the Health Care Services Department for Mental Health Assessment was not made.

**Date of discovery: 08/01/07**

**Hearing started on: 08/24/07**

**DA postponed date: NONE**

**Initial RVR copy issued on: 08/03/07**

**Last document issued to inmate on: 08/03/07**

**DA results issued date: NONE**

**TIME CONSTRAINTS:** Time Constraints were met.

**STAFF ASSISTANT (SA):** A Staff Assistant was not assigned, as the criteria per CCR§ 3315(d)(2) were not met.

**T.A.B.E.:** Inmate BROWN'S "T.A.B.E." Reading Score is 9.4. Inmate BROWN is fluent in English and read the charges to the Senior Hearing Officer and explained his understanding of the charges / process / options / instructions to the Senior Hearing Officer's (SHO) satisfaction.

**INVESTIGATIVE EMPLOYEE (IE):** An Investigative Employee was assigned. Correctional Officer E. L. HOWARD was assigned as the Investigative Employee, as the criteria per CCR§ 3315(d)(1) were met.

**DA REFERRAL:** NO

**ADDITIONAL EVIDENCE REQUESTED OR USED:** NONE

**VIDEO TAPE EVIDENCE:** NO

**INMATE STATEMENT:** Inmate BROWN pled NOT GUILTY. Inmate BROWN presented me (SHO) with a hand written reason of why he was not guilty. (See attached Declaration authored and signed by Inmate BROWN concerning Log #-08-07-001) Inmate BROWN had no further statement for this hearing.

**WITNESSES REQUESTED OR PROVIDED:** Inmate BROWN did not request the presence of any witnesses.

**WITNESS TESTIMONY AT HEARING:** NONE

**CONFIDENTIAL INFORMATION:** NO

**FINDINGS:** This finding is based on 1) the information provided in the Rules Violation Report, in which the Reporting Employee, Journey/Counselor, L. RODRIGUEZ documents that Inmate BROWN refused to attend SAP by stating, "I don't want to come, it interferes with my litigations." 2) This Senior Hearing Officer finds Inmate BROWN's written statement an indication of guilt due to the fact he does not attend SAP because of his litigations, which in essence is a blatant refusal to attend.

**ADDITIONAL DISPOSITION:** NONE

**ENEMY CONCERNS:** NO

**APPEAL RIGHTS:** Inmate BROWN was advised he will receive a completed copy of the CDCR-115 RVR upon final audit by the Chief Disciplinary Officer. Inmate BROWN was also advised of his right to appeal, the methods of appealing, and credit restoration procedures.

| SIGNATURE OF WRITER: | | DATE SIGNED: |
|---|---|---|
| E. Stephens, Correctional Lieutenant (SHO) | | |
| GIVEN BY: (Staff's Signature) | DATE SIGNED: | TIME SIGNED: |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | |

CDCR 115-C (5/95)

56

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT – PART C                                       Page ___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-93463 | BROWN | VI-08-07-001 | CTF-NORTH | 8/13/2007 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☐ HEARING ☒ IE REPORT   ☒ OTHER: <u>DECLARATION</u>

Inmate BROWN submitted the following 'Declaration' concerning this RVR, Log # VI-08-07-001:

I William Brown, declare;

That on 8-1-07, I did not refuse to go to work, I plainly stated that due to my PLU status, interferes with any court establish deadlines. If I were to attend this program when it's my scheduled time to be in the law library it would deny me access to the courts.

This program (SAP) is more or less a treatment program, in which by the CCR states, "I have the right to refuse a treatment program." If this correct, then I should not have been issued an RVR for refusing a treatment program. Since this is my "Right" to refuse a treatment program.

By receiving or issuing a CDC 115 in this manner is a retaliatory measure for refusing a treatment program. My job assignment does not begin until 1200 hours, Yard Crew. Furthermore, as it was stated by me at my initial classification and 602 process, "I did not want to participate with the SAP program.

Staff deliberately and intentionally ignored this documented fact and <u>forced</u> this treatment program upon me with little or no regards of the fact that I said, "I do not want to be in this program." All this was stated at my initial committee classification and on a 602 and it was all ignored by staff, all for staffs' ulterior motive – to chastise, punish me for refusing SAP.

In addition my placement into the SAP program was due to my alcoholism record, in which clearly indicates and spells, that the SAP program is for treatment of my alcoholism track record. <u>Therefore, it (SAP) cannot be classified as a job</u>, it clearly indicates that the SAP program is a "Treatment program for Substance Abuse." In which is my right to refuse as policy indicates, CCR Title 15.

I pled NOT Guilty

I declare under penalty of perjury that the foregoing is true and correct.

| SIGNATURE OF WRITER: | DATE SIGNED: |
|---|---|
| S. Stephens, Correctional Lieutenant | |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED: | TIME SIGNED: |
|---|---|---|---|
| | | | |

CDCR 115-C (5/95)
STATE OF CALIFORNIA

57

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-93463 | BROWN | CCR§ 3041(b) | 8/1/2007 | CTF-NORTH | VI-08-07-001 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☑ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution | *N/A* | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution | | DATE |

DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement | | |

## STAFF ASSISTANT

STAFF ASSISTANT    ☐ REQUESTED    ☐ WAIVED BY INMATE        INMATE'S SIGNATURE ▶        DATE

☐ ASSIGNED   DATE _____   NAME OF STAFF _____

☑ NOT ASSIGNED   REASON *Dn...* 

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE    ☑ REQUESTED    ☐ WAIVED BY INMATE        INMATE'S SIGNATURE ▶        DATE

☐ ASSIGNED   DATE _____   NAME OF STAFF _____

☑ NOT ASSIGNED   REASON *DNMC PER 3315 (B) (1)*

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER_____    ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

---

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charges, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

### DEFENDANT'S STATEMENT: Inmate BROWN, K-93463

On 8/13/2007, at 1000, hours, the Investigative Employee, Correctional Officer E. L. Howard, interviewed Inmate BROWN, K-93463, in regards to Rules Violation Report Log # VI-08-07-001. Inmate BROWN, made the following statement: "I want to ask only one question to my counselor – 'Why did it take so long for my counselor to write me up when I was missing SAP for 2 months?'"

**The Inmate had no further statement regarding this matter at this time.**

**(SEE PART-C, PAGE 1 of 1 FOR INMATE DECLARATION)**
**(CONTINUED ON RVR-115 PART-C, PAGE 2 of 2)**

---

| IE copy issued on 8/19/07 1700 By: Howard/RO JA  Issuing Officer | INVESTIGATOR'S SIGNATURE ▶ E. L. Howard, C/O, I.E., U/6 | DATE 8/19/07 |
|---|---|---|
| Final 115 copy issued on _____ By: _____  Issuing Officer | TIME | DATE |
| ☑ COPY OF CDC 115A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ SS | |

----- if additional space is required use supplemental pages -----

CDCR 115-A(7/88)

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
RULES VIOLATION REPORT – PART C                                                                        Page ___ of ___ 2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-93463 | BROWN | VI-08-07-001 | CTF-NORTH | 8/13/2007 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☐ HEARING ☒ IE REPORT | ☐ OTHER_____ |
|---|---|---|

**REPORTING EMPLOYEE'S STATEMENT:** Journey/Counselor L. Rodriguez, N. SAP Watch, S/S/H RDO's

On 8/15/2007, at approximately 0830 hours, the Investigative Employee, Correctional Officer E. L. Howard interviewed Journey/Counselor L. Rodriguez in regards to Rules Violation Report Log #VI-08-07-001. Journey/Counselor L. Rodriguez made the following statement concerning Inmate BROWN's question that was posed to this I.E.: On June 1, 2007, Inmate BROWN, K-93463 was assigned to SAP program. Due to confusion on our part that Inmate BROWN was located on 'A' yard, he received 'S' time until June 19, 2007, Inmate BROWN received his first 'A' day for failing to report. I visited Inmate BROWN with Correctional Officer Salas at Whitney Hall. I personally spoke with Inmate BROWN and asked him if he was going to be going to come to SAP. Inmate BROWN stated, "No." Then, at approximately 1110 hours, Inmate BROWN came to the SAP gate and handed me legal paperwork. I let him know that I have to write him up for not attending, and he stated, "That's fine." Further, I consulted with my supervisors regarding Inmate BROWN's attendance. I was informed that he was expected to attended program until further notice from CDCR staff. On days when he was expected to be at program (i.e. not lockdown, first watch, etc.), our staff called the housing unit to account for his absence. For example, on July 26 and August 1, 2007, Inmate BROWN told housing officer staff (Correctional Officer Carrillo on both occasions), "I don't want to come, it interferes with my litigations." Inmate BROWN received a 115 for refusing to attend program on August 1, 2007.

The Reporting Employee had no further statement concerning this matter at this time.

STAFF WITNESS REQUESTED: NO
INMATE WITNESS REQUESTED: NO
REPORTING EMPLOYEE REQUESTED: YES
INVESTIGATIVE EMPLOYEE REQUESTED: NO
ADDITIONAL INFORMATION NOT CONTAINED IN CONFIDENTIAL REPORTS: NO

STAFF WITNESSES REQUESTED AT THE HEARING:                    INMATE WITNESSES REQUESTED AT THE HEARING:
Correctional Officer C.M. Gonzales                                         N/A

= THIS CONCLUDES THE INVESTIGATIVE EMPLOYEE REPORT =

| SIGNATURE OF WRITER: E. L. Howard, C/O, I.E., U/6 | DATE SIGNED: 8/19/07 |
|---|---|
| GIVEN BY: (Staff's Signature) | DATE SIGNED: 8/19/07 | TIME SIGNED: 12:00 |

CDCR 115-C (5/95)

STATE OF CALIFORNIA

*Disciplinary Issue*    NOV 05 2007    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
CTF-S    CTF-S
1. _____    1. 07-03912    Y-7c
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your form and all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Brown Wm | K93463 | | OW 241 |

A. Describe Problem: On the 24th of Aug 07, I was found guilty of an Serious Rule Violation (SRVR) for the specific Acts of "Refused to Report to Work/Job Assignment," as it has been stated at the Hearing I did not refuse to go to work.

_____

Contentions I.
(The Hearing Officer did not render a fair and impartial Hearing)
(See Attached)

If you need more space, attach one additional sheet.

B. Action Requested: Appellant request that: 1) should any part of this appeal be P. Grante define what's Denied & what's Granted: 2) Demonstrate that the 115 was Properly Classified for an Rehabilitation Program: 3) that the 115 be dismissed in its entirety: 4) Demonstrate that I have a Narcotic History: 5) Explain

Inmate/Parolee Signature: Wm Brown    Date Submitted: 9 Oct 2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED
NOV -6 2007
CTF APPEALS

RECEIVED
2007
CTF APPEALS

| 07-03912 |

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

_____

**BYPASS**

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved: _____    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

**BYPASS**

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: OCT 1 3 2007    Due Date: NOV 2 8 2007
☐ See Attached Letter

Signature: _____ CCII    Date Completed: 11-1-0

Warden/Superintendent Signature: _____    Date Returned to Inmate: NOV 0 5 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

*Plaintiffs argument remains unchanged must exhaust appeal before proceeding to Court. Yes I'm dissatisfied with response staff actions are retalitary & vindictive towards the appellant for a fair hearing & Appeal Process*

Signature: _____    Date Submitted: 13 Nov 07

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

How is the SAP program considered a job or work assignment, when its a Rehabilitation Program for a Substance Abuse? Explain?

## II

My Job assignment does not commence until 1200 hrs. So how did I refuse my Job at 0935 hrs? (Exh A)

## III

The 115 was ~~fats~~ ~~Sc~~ ~~by~~ Falsely Classified for Refusing to Report to Work, as it has been stated in I, how is a Rehabilitation Program a job?

## IV

The appellant had been in this program for 59 days, before receiving a 115 for not going (so called 115). For 59 days I never attended this program and didn't receive a 115 for not attending. Was this 115 out of retaliation? Was it due to the fact that the appellate stated in his initial Classification "that he did want to participate with this program and proved his point ~~5~~?" Not only was it mentioned at Classification it was stated on an 602.

(Exh "B")

## V

My reasons for not wanting to attend this program, is due to a deliberate conflict with the following: (Exh "C")

(a) Full Time College Correspondance Program that the institution has approved me for.

6/

b) Interference with Legal matters (Court Cases).

c) that "I" said I didn't want to participate in or With this program at my initial classification and on 602.

## VI

Basically staff deliberately and intentionally ignored my requests, classification initial & 602 and placed me into this program for as to be a program failure, when I already expressed that I didn't want to be in this program from day one. Set up!!

look at the chain of events Log #'s VI-07-07-035, VI-07-07-040, VI-08-01-001, and VI-08-01-005 all 115's

## VII  (7-26, 7-30, 8-1, & 8-3, 2007)

I do reserve the Right to Refuse a Treatment Program. That's what SAP is, a Rehabilitation Program for Abuse of an Substance or Narcotic History.

Alchol Abuse has already been established by Alcholic ~~Anony~~ Anonymous. Wouldn't that be a more appropriate Program for Alchol Abuse or is this about money?

Action Request Cont.

Why the institution ignored the appellants request at initial classification and placed him in the SAP program, thus causing a conflict with College studios and Legal matters?

36

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Correctional Training Facility**
**Soledad, California**

### SUPPLEMENTAL PAGE

<u>RE:</u>   CTF APPEAL LOG No. *CTF-S-07-03912*
Second Level Reviewer's Response

***BROWN***                             ***K93463***                             ***OW-241***

**APPEAL DECISION:**

   DENIED

**APPEAL ISSUE:**  (1 - Disciplinary)

   Dismiss Rules Violation Report (RVR) Log # VI-08-07-001 dated 8/1/07 for "Refused to Report to Work/Job Assignment."

**APPEAL RESPONSE:**

   Appellant stated the following in his appeal:

   (1) The Senior Hearing Officer (SHO) cannot deem inmate Brown as a program failure.

On 10/26/07, appellant was interviewed by the CTF Appeals Coordinator, Mr. P. G. Dennis, Correctional Counselor II, to provide him the opportunity to explain his appeal and present supporting information or documents. During the interview appellant stated in essence that he did not attend SAP for 59 days with no consequence.

Inmate BROWN, CDC # K93463 is not in the MHSDS. The designated level of care is Not Applicable. Consequently a CDC Form 115X, Rules Violation Report: Mental Health Assessment Request was not completed as he did not display any bizarre, unusual, or uncharacteristic behavior at the time of the infraction or the hearing. It is noted Inmate BROWN, CDC # K93463 is fluent in English and does have a T.A.B.E Reading Score above 4.0.

A thorough review of appellant's appeals package, all of his attachments, and his Central File has been completed and reveals the following:

   On 8/3/07, Inmate BROWN was issued a CDC 115, RVR Log # VI-08-07-001 for the specific act of "Refused to Report to Work/Job Assignment."

   Inmate BROWN received all documentation to be relied upon more than twenty-four hours prior to the hearing. The appellant was present at the hearing on 8/24/07. The charges were read to him, and he pled NOT GUILTY, stating "the appellant had no further statement for the SHO."

   The Senior Hearing Officer (SHO), Correctional Lieutenant, E. Stephens found Inmate BROWN GUILTY based on the following: 1) Documented statement by the reporting employee, 2) Officer Carrillo's statement documented in the RVR that Inmate Brown refused to participate in his work assignment, and 3) the defendant's refusal to defend himself before the SHO.

   **REGULATIONS:** The rules governing the issues are:

   **California Code of Regulations (CCR), Title 15, Section 3041, 3315, 3318, 3323**



Second Level Reviewer's Response
**CTF Appeal Log #CTF-S-07-03912**
Page 2 of 2

The First Formal Level of Review was bypassed per California Codes of Regulations (CCR) 3084.5(b)(4).
In response to Inmate BROWN's statements: 1) Cannot be deemed a program failure: 1) Denied per CCR 3315 (f), the SHO can place the defendant into privilege group "C" upon a guilty disposition; however, the SHO did not assess the appellant into privilege group "C" as disposition . 2) Did not attend SAP for 59 days: Denied, the appellant stated to staff that he was refusing to attend his assignment.

Appellant has not provided any new or additional information upon which to change the disposition of the Senior Hearing Officer, Correctional Lieutenant, E, Stephens found information that would substantiate his claim to dismiss the CDC 115, RVR Log VI-08-07-001 dated 8/1/07.

Appellant was afforded due process, and he was found guilty of Refusing to Report to his assignment based on a preponderance of the evidence presented at the hearing. Therefore, based on the aforementioned, appellant's appeal is being DENIED Second Level of Review.

Reviewed By: _____    _11-1-07_
             P. G. Dennis, Correctional Counselor II     Date

             _____    _11/5/07_
             C. Noll, Chief Deputy Warden               Date


PGD/mr


cc:    Appeals Office File
       Inmate's Central File

63

NUMBER: K-93463    NAME: BROWN    HOUSING: WA-330 UP    CDC-128-G (Rev. 4/74)

Summary: INITIAL:   REMOVE FROM ORIENTTATION STATUS, ESTABLISH MED A CUSTODY. P/O S/S & SAP W/L. DOUBLE CELL O.K. AND NO M.D.O. CONCERNS.

| | | | |
|---|---|---|---|
| Custody: | MED A | Release: EPRD 10/24/09 | Level: III |
| GPL: | 9.4 | Reclass: 7/1/07 | CS: 46 |
| Work Group: | A1 | Privilege Group: A (effective: 7/19/06) | RPS: 3/24/09 |

BROWN appeared before Unit VI U.C.C. today for Initial Classification. The inmate is a 36 year old, 1st termer received in CDC on 4/22/98 from Santa Cruz County. Commitment Offense(s): P.C. 245(A)(1) Assault with a Deadly Weapon & P.C. 192(A) Voluntary Manslaughter. Received at CTF on 9/26/06 from KVSP as a non-adverse transfer. Restitution: Amount-$2,600, Balance-$2,600. Arrest history: Multiple inflict corporal injury on spouse, damage power lines, batter, battery on non-cohabitant/former spouse, arson: inhabitated structure, alter/aid/counsel/precure arson, causing fire that casues GBI, prevent/disuade witness threat, ADW not firearm:GBI likely. Prior CDC Numbers: none. SEX OFFENSES: none. ARSON: On Instant Offense BROWN poured gas into their trailer & lit a match, the trailer caught fire and the victim died. ESCAPES: none. ENEMIES: NOTED. GANG: none. CONFIDENTIALS: NOTED. Disciplinary Overview: 7/20/06 Conduct resulting in Use of Force. Div. "F", 3/21/05 Disrespect. Admisitrative, 11/27/04 Disrespect. Administrative, 10/10/03 Possession of Inmate Manufactured Alcohol. Div. "C", 2/17/02 Possession of Inmate Manufactured Alcohol. Div. "C", 9/21/02 Altered Radio. Div. "F", 2/21/01 Possession of Inmate Manufactured Alcohol. Div. "C", 9/12/01 Disobeying Orders. Div."F", 5/29/00 Mutual Combat. Div. "D". County of Residence: Santa Cruz. Medical: Full duty; TB Code: 22, 128c dated 5/4/06. Disability: none. CCCMS: no. EOP: no. MDO: Committee reviewed Inmate BROWN for MDO referral; he did commit a qualifying offense, but has not been found to currently have a mental illness and thus he does not meet criteria per PC 2962(e). HWD review: no unresolved dispositions. FPTTP: n/a. Assignment Status: unassigned. BROWN is CTF-III endorsed & "P" coded for VIO. Program Eligibility Review: CAMP: Ineligible due to VIO; MSF: Ineligible due to VIO. Special Programs Review: CCF: Ineligible due to VIO; MCCF: Ineligible due to VIO; RESTITUTION CENTER: Ineligible due to VIO; SAP: Eligible. BROWN does not require single-cell housing, as C-file reflects no history of predatory or assaultive behavior towards a cell partner. COMMITTEE ACTIONS: REMOVE FROM ORIENTTATION STATUS, ESTABLISH MED A CUSTODY. P/O S/S & SAP W/L. DOUBLE CELL O.K. AND NO M.D.O. CONCERNS. COMMENTS: Inmate BROWN participated in today's U.C.C. and acknowledged his understanding of the Committee's actions. BROWN disagreed with the Committee's decision and stated that he did not want to participate in SAP. I explained that SAP is mandatory for anyone who has a Narcotic History. BROWN was advised of his right to appeal Committee actions. He was informed that his next scheduled annual classification will be during 7/1/07. Per PC 2930 Initial Classification was held within 14 days of arrival. 72 hour written notification provided per CCR 3375(f)(1), 128-B-1 on file.

CHAIRPERSON: J. SARELI FACILITY CAPTAIN        Recorder: R. QUINTERO CCI
Panel:   J. SARELI FACILITY CAPTAIN: P. MCPARTLAN CCI: R. QUINTERO CCI /rrq

Dist.: C-File
       Inmate

DATE: 10/11/06        Classification: INITIAL        Inst: CTF-NORTH

64

2ND LEVEL                                                        DEC 1 3

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTION

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    CTF-N    Log No. 06 - 03698    Category ② - 15
1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME ② BROWN, Wm. William | NUMBER K-93463 | ASSIGNMENT N/A | UNIT/ROOM NUMBER WA 108 U |
|---|---|---|---|

I. SAP, PLACEMENT

A. **Describe Problem:**

On 11-8-06, Appellant received his CDC 128-G, Initial Classification.

Mr. Brown has a problem with being put on the SAP W/L, waiting list.

Mr. Brown has verbally expressed his discontent to being put on

this list a Classification, and now the Appellant is dissatisfied with the

Committees decision by placing me on the SAP waiting list. I clearly stated,

"THAT I DID NOT WANT TO BE IN THE SAP PROGRAM"!!! and I was still put on

If you need more space, attach one additional sheet.    *Please see Attached*

B. **Action Requested:**    I.

Appellant request, 1) that the institution/Committee define its

position on how Mr. Brown qualifies for SAP, 2) define the institutions

interpretation of "NARCOTIC", 3) and if the Appellant meets that requirement

Inmate/Parolee Signature: _Will Brown_    Date Submitted: 11-9-06

C. **INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

BYPASS

INITIAL APPEALS BRANCH    RECEIVED DEC 26 2006

Staff Signature: _____    Date Returned to Inmate: _____

D. **FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED

Sig_____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED
NOV 14 2006

T    CTF APPEALS

| 06 - 03698 |
|---|

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

BYPASS

Staff Signature: ____________ Title: ____________ Date Completed: ____________

Division Head Approved: Returned

Signature: ____________ Title: ____________ Date to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: NOV 14 2006 Due Date: DEC 29 2006

☒ See Attached Letter

Signature: [signature] Date Completed: 12-7-06

Warden/Superintendent Signature: [signature] Date Returned to Inmate: DEC 12

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Please See Attached

Signature: [signature] Date Submitted: 12-21-06

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other ____________

☐ See Attached Letter

Date: MAR 16 2007

CDC 602 (12/87)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:    **MAR 1 6 2007**

In re:    Brown, K-93463
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0607444    Local Log No.: CTF 06-03698

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. G. Arceo, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I    APPELLANT'S ARGUMENT:    It is the appellant's position that he did not want to be on the Substance Abuse Program (SAP) waiting list. He requests that the institution defines how he qualifies for the SAP; and define the interpretation of narcotic.

II    SECOND LEVEL'S DECISION:    The reviewer found that the appellant's central file includes an extensive history of substance abuse related to alcohol, and in-custody misconduct showing three CDC Forms 115; Rules Violation Reports for possession of inmate manufactured alcohol. The Classification committee involuntarily placed the appellant on the SAP waiting list due to the appellant's extensive history of substance abuse. The Second Level of Review provides the appellant with reasons for the Classification committee's action.

III    DIRECTOR'S LEVEL DECISION:    Appeal is denied.

A.    FINDINGS:    The appellant's appeal issue has received the required review. The appellant has not established that the information included in his central file is wrong and the documentation referenced by the Classification committee to determine the appellant's eligibility for the SAP are include false information regarding his abuse of alcohol. The institution does not have to define their interpretation of narcotics in order to place the appellant in the SAP. The institution has explained the reasons he does involuntarily qualify for the program. The appellant has presented no evidence to warrant modification of the decision reached by the institution.

B.    BASIS FOR THE DECISION:
California Code of Regulations, Title 15, Section: 3001, 3040, 3040.1, 3041, 3375

C.    ORDER:    No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
Appeals Coordinator, CTF

66    17

# DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Correctional Training Facility
### Soledad, California
### SUPPLEMENTAL PAGE

**RE:**    CTF APPEAL LOG NO.    *CTF-N-06-03698*
Second Level Reviewer's Response

**NAME:    BROWN**        **CDC#:**    **K-93463**        **HOUSING:    WA-108U**

**APPEAL DECISION:**        **DENIED**

**APPEAL ISSUE:**        **CUSTODY/ CLASSIFICATION**

In your appeal you state that during your initial classification on 10-11-06, you were placed on the Substance Abuse Program (SAP) waiting list against your wishes. You state that during classification you clearly stated you did not want to be placed in the SAP program.

## ACTION REQUESTED:

1. That the institution define how you qualify for the SAP program.
2. Define the institutions interpretation of "Narcotic" as you have never been convicted nor have any history of any "narcotic offenses".
3. To be removed form the SAP waiting list as you have no narcotic history.
4. That since the institution is using your alcohol history to place you in SAP, you want the institution to demonstrate to you on how alcohol is a narcotic.

## ADDITIONAL INFORMATION:

CCII J.H. Frye interviewed you on 12-07-06 for a Second Level response. During the interview you maintain that since you have no history of any narcotic offenses, you do not qualify for the SAP program and can't be forced to participate.

Guidelines for placement in the SAP program are outlined in CCR section 3040.1 of the Title 15 and per CTF Operational Procedure #84.

## APPEAL RESPONSE:

*67*

Your contention that since you have no history of narcotic offenses you do not qualify for placement in the SAP is false, CCR 3040.1 states in part that "A classification committee

December 7, 2006
Supplemental Page
SECOND LEVEL APPEAL
CTF-N-06-03698
Page 2 of 2

may consider inmates who have a documented history of substance abuse for placement in the SAP; placement may be voluntary or involuntary".

CTF O.P. #84 clearly states, "inmates having history of substance abuse (drug and/or alcohol) as documented in the Probation Officer's Report (POR), arrest reports parole violation reports, Institution Staff Recommendation Summary (ISRS) or other documents in the Central File should be considered for SAP placement".

Current Departmental procedure clearly states that an inmate with a **substance abuse** history can be considered for SAP placement.

A review of your C-File reflects that you have an extensive substance abuse history related to alcohol. Per POR report dated 03-06-98 you stated that you were an alcoholic. Per ISRS report dated 06-16-98, you admitted that you have an addiction to alcohol and stated that you drank at the rate of one 12 pack per day. In addition, your C-File reflects you have received 3 CDC 115's for possession of inmate manufactured alcohol while housed in CDCR.

## SUMMARY / CONCLUSION

Based on your extensive history of alcohol abuse as noted in your POR, ISRS and Disciplinary section of your C-file, classification committee on 10-11-06 elected to place you involuntarily on the SAP program waiting list. Your objections to being placed on the SAP program waiting list were properly documented in your CDC 128-G however, per CCR 3040.1 and CTF O.P. 84 inmates can be voluntary or involuntarily placed on the SAP program waiting list. Based on the above, your appeal is **DENIED** at the Second Level of review.

_____          ____10/8/06____
G. A. ORTIZ                                        Date
Associate Warden
CTF-North Facility


_____          ____12-11-06____
B. CURRY                                          Date
Warden (A)
Correctional Training Facility


cc:    Inmate's Central File                    68
       Appeals File

21



CONTACT US | HELPLINE | LOG OUT

| Home |
| --- |
| Profile |
| Grades |
| Knowledge Base |
| Exams |
| **Shipments** |
| Payments |
| Career Center |
| Online Student Library |
| Browser Test |
| Surveys |



### My Ashworth University
Welcome **William Brown K-93463**

**Student #:** AC0213495

**My Shipments**

| Courses Shipped | Method of Shipment | Date Shipped |
| --- | --- | --- |
| Principles of Finance | USPS standard mail | 09-26-2007 |
| Microeconomics | USPS standard mail | 03-16-2007 |
| Organizational Behavior | USPS standard mail | 01-08-2007 |
| Organizational Behavior | USPS standard mail | 12-19-2006 |
| Organizational Behavior | USPS standard mail | 07-11-2006 |
| Principles of Accounting I | USPS standard mail | 06-05-2006 |
| Principles of Accounting I | USPS standard mail | 04-26-2006 |
| Personal Finance | USPS standard mail | 04-03-2006 |
| Personal Finance | USPS standard mail | 03-09-2006 |
| Personal Finance | USPS standard mail | 01-16-2006 |
| Personal Finance | USPS standard mail | 12-16-2005 |
| Principles of Marketing | USPS standard mail | 08-02-2005 |
| Introduction to Computers | USPS standard mail | 05-31-2005 |
| Total Quality Management | USPS standard mail | 05-03-2005 |
| Total Quality Management | USPS standard mail | 04-12-2005 |
| American Government | USPS standard mail | 01-05-2005 |
| American Government | USPS standard mail | 10-27-2004 |
| Introduction to Accounting | USPS standard mail | 07-21-2004 |
| Business Ethics | USPS standard mail | 06-25-2004 |
| Business Communications II | USPS standard mail | 05-22-2004 |
| Business Communications II | USPS standard mail | 05-20-2004 |
| Business Communications II | USPS priority mail | 04-17-2004 |
| Human Resource Management | USPS standard mail | 10-28-2003 |
| Human Resource Management | USPS standard mail | 07-03-2003 |
| Introduction to Psychology | USPS standard mail | 02-08-2003 |
| Principles of Management | UPS second day air | 11-19-2002 |
| Business Math | USPS standard mail | 08-24-2002 |
| Business Communications I | USPS standard mail | 06-29-2002 |
| Introduction to Business | USPS standard mail | 05-17-2002 |

* If your shipment has not yet arrived, please allow 7-10 days before inquiring with Student Services.

Copyright © Ashworth University - All Rights Reserved - Privacy

69



CONTACT US | HELPLINE | LOG OUT

## My Ashworth University
**Welcome William Brown K-93463**

**Student #:** AC0213495

**My Grades**

Home

Profile

**Grades**

   **Course Grades**

   Hand Graded Exam

   Semester Exams

Knowledge Base

Exams

Shipments

Payments

Career Center

Online Student Library

Browser Test

Surveys

| Courses | Began | Completed | Grade * |
|---|---|---|---|
| Introduction to Business ( C01 - Rev. 0) | 05-17-2002 | 07-09-2002 | 84 |
| Business Communications I ( C02 - Rev. 0) | 06-28-2002 | 09-10-2002 | 79 |
| Business Math ( C03 - Rev. 0) | 08-23-2002 | 10-02-2002 | 84 |
| Principles of Management ( C15 - Rev. 0) | 11-18-2002 | 03-18-2003 | 81 |
| Introduction to Psychology ( C04 - Rev. 0) | 02-07-2003 | 04-30-2003 | 66 |
| Human Resource Management ( M01 - Rev. 0) | 07-02-2003 | 12-30-2003 | 77 |
| Business Communications II ( C05 - Rev. 0) | 04-16-2004 | 06-24-2004 | 92 |
| Business Ethics ( C06 - Rev. 0) | 06-24-2004 | 07-27-2004 | 83 |
| Introduction to Accounting ( A01 - Rev. 0) | 07-20-2004 | 09-28-2004 | 83 |
| American Government ( C08 - Rev. 1) | 10-26-2004 | 04-05-2005 | 81 |
| Total Quality Management ( M02 - Rev. 0) | 04-11-2005 | 06-29-2005 | 81 |
| Introduction to Computers ( C10 - Rev. 0) | 05-27-2005 | 08-10-2005 | 85 |
| Principles of Marketing ( C16 - Rev. 1) | 08-01-2005 | 01-06-2006 | 81 |
| Personal Finance ( C07 - Rev. 0) | 12-15-2005 | 05-02-2006 | 85 |
| Principles of Accounting I ( A02 - Rev. 0) | 04-25-2006 | 07-25-2006 | 78 |
| Organizational Behavior ( M03 - Rev. 0) | 07-10-2006 | 04-30-2007 | 77 |
| Microeconomics ( C13 - Rev. 1) | 02-15-2007 | | |

* P = Passed; F = Failed; R = Received; W = Withdrawal



Copyright © Ashworth University - All Rights Reserved - Privacy

GPA 81%

70



# Associate Degree in Business Management
## Textbook Costs as of September 12, 2007

### Semester 1

| Code | Course | | Cost |
|------|--------|---|------|
| C01 | Intro to Business | $ | 42.60 |
| C02 | Business Communications I | $ | 46.52 |
| C04 | Introduction to Psychology | $ | 49.02 |
| C15 | Principles of Management | $ | 52.64 |
| C17 | College Mathematics | $ | 45.80 |
| | **Total Textbook Cost** | $ | **236.58** |
| | **Tuition** | $ | **1,200.00** |
| | **Total Semester Cost** | $ | **963.42** |

### Semester 2

| Code | Course | | Cost |
|------|--------|---|------|
| A01 | Introduction to Accounting | $ | 42.23 |
| C05 | Business Communications II | $ | 48.79 |
| C06 | Business Ethics | $ | 46.76 |
| C08 | American Government | $ | 51.32 |
| M01 | Human Resource Management | $ | 60.83 |
| | **Total Textbook Cost** | $ | **249.93** |
| | **Tuition** | $ | **1,200.00** |
| | **Total Semester Cost** | $ | **950.07** |

### Semester 3

| Code | Course | | Cost |
|------|--------|---|------|
| A02 | Principles of Accounting I | $ | 52.15 |
| C07 | Personal Finance | $ | 57.22 |
| C10 | Introduction to Computers | $ | 43.10 |
| C16 | Principles of Marketing | $ | 57.11 |
| M02 | Total Quality Management | $ | 42.34 |
| | **Total Textbook Cost** | $ | **251.92** |
| | **Tuition** | $ | **1,200.00** |
| | **Total Semester Cost** | $ | **948.08** |

### Semester 4

| Code | Course | | Cost |
|------|--------|---|------|
| A03 | Principles of Accounting II | $ | 52.99 |
| C09 | Principles of Finance | $ | 55.31 |
| C12 | Business Law | $ | 56.71 |
| C13 | Microeconomics | $ | 47.80 |
| M03 | Organizational Behavior | $ | 56.51 |
| | **Total Textbook Cost** | $ | **269.32** |
| | **Tuition** | $ | **1,200.00** |
| | **Total Semester Cost** | $ | **930.68** |

*Each course is worth 3 credit hours.*

*Our courses are revised as needed to maintain current and relative curriculum. As a result the textbook prices listed here are subject to change without notification.*

*All other charges and fees associated with the program are classified as tuition.*



*Educating Minds, Changing Lives.*

# Payment History Report

**AC0213495**
               **Contract Balance:**   $1,275.00

**William Brown K-93463**
           **Late Fee Balance:**   $0.00

PO BOX 689
        **Other Charges Balance:**   $0.00

CTF Central/ 0W241
          **Shipping Balance:**   $0.00

SOLEDAD, CA 93960-0705
           **Total Owed:**   $1,275.00

| Entry Type | Created On | Tuition | Shipping | Late Fees | Other Charges | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| Payment | 11/06/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,275.00 |
| Payment | 10/04/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,303.00 |
| Payment | 09/04/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,331.00 |
| Payment | 08/13/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,359.00 |
| Payment | 07/10/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,387.00 |
| Payment | 06/11/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,415.00 |
| Payment | 05/03/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,443.00 |
| Payment | 04/12/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,471.00 |
| Payment | 03/08/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,499.00 |
| Payment | 02/08/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,527.00 |
| Payment | 01/08/07 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,555.00 |
| Payment | 12/08/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,583.00 |
| Payment | 11/10/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,611.00 |
| Payment | 10/06/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,639.00 |
| Payment | 09/11/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,667.00 |
| Payment | 08/07/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,695.00 |
| Payment | 07/10/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,723.00 |
| Payment | 06/09/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,751.00 |
| Invoice | 06/06/06 | 789.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,779.00 |
| Payment | 05/12/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 990.00 |
| Payment | 04/10/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,018.00 |

Page 1 of 3



**Ashworth**
UNIVERSITY

*Educating Minds, Changing Lives.*

| Ent... | Created On | Tuition | Shipping | Late Fees | Other Charges | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| Payment | 03/07/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,046.00 |
| Payment | 02/13/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,074.00 |
| Payment | 01/09/06 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,102.00 |
| Payment | 12/09/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,130.00 |
| Payment | 11/10/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,158.00 |
| Payment | 10/10/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,186.00 |
| Payment | 09/23/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,214.00 |
| Payment | 08/08/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,242.00 |
| Payment | 07/26/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,270.00 |
| Payment | 06/13/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,298.00 |
| Payment | 05/09/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,326.00 |
| Payment | 04/11/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 1,354.00 |
| Invoice | 04/11/05 | 789.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,382.00 |
| Payment | 03/09/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 593.00 |
| Payment | 02/10/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 621.00 |
| Payment | 01/07/05 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 649.00 |
| Payment | 12/07/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 677.00 |
| Payment | 11/10/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 705.00 |
| Payment | 10/12/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 733.00 |
| Payment | 09/03/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 761.00 |
| Payment | 08/05/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 789.00 |
| Payment | 07/06/04 | 26.00 | 0.00 | 0.00 | 0.00 | 26.00 | 817.00 |
| Payment | 06/07/04 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 843.00 |
| Payment | 05/05/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 873.00 |
| Payment | 04/08/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 901.00 |
| Payment | 03/08/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 929.00 |
| Payment | 02/03/04 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 957.00 |
| Payment | 01/31/04 | 26.00 | 0.00 | 0.00 | 0.00 | 26.00 | 959.00 |
| Payment | 01/06/04 | 28.00 | 0.00 | 0.00 | 0.00 | 28.00 | 985.00 |
| Payment | 12/08/03 | 26.00 | 0.00 | 0.00 | 0.00 | 26.00 | 1,013.00 |
| Payment | 11/07/03 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 1,039.00 |
| Payment | 10/31/03 | 50.00 | 0.00 | 5.00 | 0.00 | 55.00 | 1,069.00 |

Page 2 of 3

73



| Entry Type | Created On | Tuition | Shipping | Late Fees | Other Charges | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 09/26/03 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 1,124.00 |
| Payment | 08/11/03 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 1,119.00 |
| Payment | 07/08/03 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 1,149.00 |
| Invoice | 07/02/03 | 789.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,179.00 |
| Payment | 06/10/03 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 390.00 |
| Payment | 05/14/03 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 420.00 |
| Payment | 04/11/03 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 450.00 |
| Payment | 03/04/03 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 480.00 |
| Payment | 01/31/03 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 510.00 |
| Payment | 12/30/02 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 540.00 |
| Payment | 12/09/02 | 24.00 | 6.00 | 0.00 | 0.00 | 30.00 | 570.00 |
| Invoice | 11/12/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| Invoice | 11/12/02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| Payment | 11/04/02 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 600.00 |
| Payment | 10/07/02 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 630.00 |
| Payment | 09/16/02 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 660.00 |
| Payment | 08/06/02 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 690.00 |
| Payment | 07/15/02 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 720.00 |
| Payment | 06/13/02 | 28.00 | 2.00 | 0.00 | 0.00 | 30.00 | 750.00 |
| Invoice | 05/17/02 | 789.00 | 0.00 | 0.00 | 0.00 | 0.00 | 780.00 |
| Payment | 05/16/02 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 | -9.00 |
| Invoice | 05/16/02 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 24.00 |

Page 3 of 3

74

NAME and NUMBER    **BROWN**                    **K93463        WA-108U**                    CDC 128-E

Inmate BROWN is currently enrolled in Organizational Behavior; Microeconomics; Principles of Finance; Business Law; Principles of Accounting II, in the Independent Study Program through Ashworth College.  The

**Ashworth College**

### *Course Related Texts and Materials*

| | Title | Material Type |
|---|---|---|
| 1 | Business Law | Softcover |
| 2 | Mirco-economics    *Done* | Softcover |
| 3 | Organizational Bahavior    *Done* | Softcover |
| 4 | Principles of Accounting II | Softcover |
| 5 | Principles of Finance | Softcover |

Inmate BROWN is authorized to receive and possess all of the allowable materials required to complete the above listed course/program.  Prior to the expiration date of November 2, 2007 all related materials will be sent from the institution at the inmate's expense or donated.

**Inmate BROWN is not to receive any 3 ring binders.**
**Hardcovers will be removed from books by the Package Room officer prior to issuance.**

**Expiration Date:  11/2/2007**

J. Williamson
College Coordinator / Proctor
CTF-North Facility, x6360

S. Campaigne,
Vice Principal
Valley Adult School

Approved / Disapproved

A. E. Roberts
Correctional  Captain
CTF-North Facility

CC:  Central File
    Education File
    CTF-North  Package Room
    Housing Officer
    Writer
    Inmate

Date: November 7, 2006                    **Informational**            **CTF**        General Chrono

.804 & COPY TO RECORDS ON: _____ BY: _____ [ ]CCCMS [ ]EOP [ ]NIMHP

STATE OF CALIFORNIA

**RULES VIOLATION REPORT**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

T.A.B.E. Score is 9.4

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST | HOUSING | LOG NO. |
|---|---|---|---|---|---|---|
| K-93463 | BROWN | | | CTF-NOR | WB-312U | VI-07-07-040 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3290(c) | Refusing To Submit Urine Sample | Whitney Hall B-Side | 7/30/2007 | 1615 Hours |

CIRCUMSTANCES

On 7/30/2007, at approximately 1615 hours, while I was assigned as a Whitney B-Side Officer, I instructed Inmate **BROWN**, **K93463, WB312U**, that he was on the list for the Substance Abuse Program (SAP) Random Urine Analysis. I told Inmate **BROWN** that because he was taking a random U.A. he would have to "strip out". Inmate **BROWN** stated, "I don't strip out for anyone!" I told Inmate **BROWN** that I would give him a few minutes to think about it. I asked Inmate **BROWN** 15 minutes later if he would give a urine sample and Inmate **BROWN** stated, "No." Inmate **BROWN** was told he would receive a CDC-115 for refusing to submit a urine sample.

Inmate **BROWN** is aware of this CDCR-115 RVR and the specific charge. Inmate **BROWN** is not a mental health patient / participant at any level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ D. R. Ricks, Correctional Officer | | | Whitney B-Side Officer, 3/W | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|---|
| ▶ P. Chanelo, Jr., Correctional Sergeant | | | DATE _____  LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE<br>☒ SERIOUS | "D" 61-90 | | ▶ A. Mendez, Correctional Sergeant | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

**COPIES GIVEN TO INMATE BEFORE HEARING**

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | | | | | |
| ☐ INCIDENT REPORT<br>LOG NUMBER: | BY: (STAFF'S SIGNATURE)<br>▶ | DATE | TIME | BY: (STAFF'S SIGNATURE)<br>▶ | DATE | TIME |

HEARING:

| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
|---|---|---|---|---|---|
| ▶ | | ▶ | | | |

| REVIEWED BY: (TYPED NAME) | | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | |
|---|---|---|---|---|---|
| ▶ | | | ▶ | | |

| ☐ COPY OF CDC 115 GIVEN TO INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE)<br>▶ | | DATE | TIME |
|---|---|---|---|---|

CDCR115 (7/88)

115 FB: _____   115 HB: _____

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-93463 | BROWN | CCR§ 3290(c) | 7/30/2007 | CTF-NORTH | VI-07-07-040 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☑ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ | I **DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution | ▶ | |
| ☐ | I **REQUEST** my hearing be postponed pending outcome of referral for prosecution | ▶ | |

DATE NOTICE OF OUTCOME RECEIVED          DISPOSITION

| | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ | I **REVOKE** my request for postponement | ▶ | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED    ☐ WAIVED BY INMATE | | ▶ | |
| ☐ ASSIGNED | DATE          NAME OF STAFF | | |
| ☑ NOT ASSIGNED | REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED    ☐ WAIVED BY INMATE | | ▶ | |
| ☐ ASSIGNED | DATE          NAME OF STAFF | | |
| ☑ NOT ASSIGNED | REASON | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER_____    ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | _____ | ☐ | ☐ |

**INVESTIGATIVE REPORT:** Investigative Employees must interview the inmate charges, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| ☐ COPY OF CDC 115A GIVEN INMATE | BY: (STAFF'S SIGNATURE)  ▶ | TIME | DATE |
|---|---|---|---|

CDCR 115-A (7/88)            77            ------ *If additional space is required use supplemental pages* -----