<u>PROOF OF SERVICE BY MAIL</u>
By Person in State Custody
(Fed. R. Civ. P. 5; 28 U.S.C. §1746)

I, William Brown, declare:

I am over the age of 18 and I am a party to this action. I am a resident of Correctional Training Facility in the county Soledad in the State of California. My prison address is: Hwy 101, P.O. BOX 705.
On the following date *19 Nov* 2007, I served the following documemnt(s):

*42 USC 1983 Temporary Restraining Orders Civil Right Complaint*

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the U.S. Mail in a deposit box so provided at the above-named correctional facility in which I am presently confined. The envelope(s) was addressed as followed:

*USDC. N. Dist CA*
*450 Golden Gate Ave*
*Box 36060*
*San Fran CA 94102*

I declare under penalty of perjury that the foregoing is true and correct.
DATED: *19 Nov* 2007

William Brown