LEGAL MAIL
K93463 Brown OW241
Hwy 101 Box 689
Soledad CA 93960-0689
RECEIVED
NOV 2 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
pro se
USDC, N. Dist. CA
450 Golden Gate Ave
Box 36060
San Fran, CA 94102
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004229613
$ 04.60⁰
NOV 20 2007
MAILED FROM ZIP CODE 93960