REC'D DEC 11 2007

**FILED**
DEC 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF

E-filing

CW
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Brown         )
              Plaintiff,  )  CV 07        5962
                          )  CASE NO. _____
vs.                       )
                          )  PRISONER'S
Correctional Training Facility )  APPLICATION TO PROCEED
et al.,                   )  IN FORMA PAUPERIS
              Defendant.  )

I, William Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Burger King 1997 Santa Cruz_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,             Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                         Yes ___ No _X_
14  d.  Pensions, annuities, or                Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,     Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                       Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $ 0 _____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ N/A _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9 Dec 2007                             Wm Br[signature]
DATE                                    SIGNATURE OF APPLICANT

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?  Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___ No _X_  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _X_

_____

8.  What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1
2                                                            Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                        **IN**
10                              **PRISONER'S ACCOUNT**
11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _William Brown K93463_ for the last six months
                                           [prisoner name]
14  ____Calipatria____ where (s)he is confined.
         [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ __0__ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ __0__ .
18
19  Dated: 12/17/07                              _K. Perdomo, Account Clerk II_
20                                                  [Authorized officer of the institution]
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030   .701                                            REPORT DATE: 12/17/07
                                                                    PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 17, 2007

ACCOUNT NUMBER  : K93463
ACCOUNT NAME    : BROWN, WILLIAM ODESSA          BED/CELL NUMBER: FC0300000000120U
PRIVILEGE GROUP: D                                  ACCOUNT TYPE: I

                            TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL           TOTAL           CURRENT         HOLDS           TRANSACTIONS
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE         BALANCE         TO BE POSTED
---------       ---------       ---------       ---------       ---------       ---------
  0.00            0.00            0.00            0.00            0.00            0.00

                                                                 CURRENT
                                                                 AVAILABLE
                                                                 BALANCE
                                                                 ---------
                                                                   0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

REC'D DEC 11 2007

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _Wm Brown_, declare:

I am over 18 years of age and I am party to this action. I am a resident of ~~CORRECTIONAL TRAINING FACILITY~~ California prison, in the County of ~~Monterrey~~ California, State of California. My prison address is:

Wm Brown, CDCR #: K93463
~~CORRECTIONAL TRAINING FACILITY~~
~~P.O. BOX 689,~~ CELL #: C3 124
~~SOLEDAD, CA 93960-0689~~

On _9 Dec 2007_, I served the attached:

_In forma Pauperis Application_
_Letter to Clerk of Court_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

USDC. N. Dist CA
450 Golden Gate Ave
Box 36060
S.F. CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _9 Dec 2007_.

_William Brown_
William Brown
Declarant