

William Brown
K93463 B524L
PO Box 5004
Calipatria CA 92233
Petitioner, In Pro Per

United States District Court
Northern District of California

William Brown
   Plaintiff
vs
Correctional Training
Facility et al.,
   Defendants

Case No. CV07 5962 CW

Petitioners Request
to Withdraw
Complaint / Petition

To The Honorable District Judge C. Wilken;

Please take notice that the Plaintiff in the above entitled matter do hereby request that this Petition be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Wherefore the Plaintiff request that the Court grant this motion and dismiss the case at bar.

Further all other motions filed by the Petitioner be vacated, forthwith.

Dated: 5 Mar 08

Respectfully submitted

William Brown
William Brown

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Wm Brown_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _5_ DAY OF: _Mar_, 20_08_ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _Wm Brown_
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Wm Brown_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON _5 Mar_, 20_08_ I SERVED THE FOREGOING: _Petitioner's Motion to Withdraw Petition_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

USDC. N. Dist CA
450 Golden Gate Ave
S.F. CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _5 Mar 2008_            _Wm Brown_
                              (DECLARANT/PRISONER)