

K93463 Brown BS C42
Box 5004
Calipatria CA 92233

Legal Mail

USDC N. Dist CA
450 Golden Gate Ave
San Fran CA 94102

RECEIVED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENERATED FROM CALIPATRIA STATE PRISON

$00.75
PITNEY BOWES
02 1A
000462 7869
MAILED FROM ZIPCODE 92233
MAR 06 2008