William Brown
K93463 B5 244
Po Box 5004
Calipatria CA 92233

Petitioner, In Pro Per

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF

United States District Court
For the Northern District of
California

| | |
|---|---|
| William Brown | Case No. CV 07 5962 CW |
| Plaintiff, | |
| Vs. | Petitioners Request |
| Ben Curry et al., | For Order. |
| Defendants. | |

Comes now the Petitioner, William Brown in the above-entitled matter do hereby request for a copy of the Courts order dismissing this action to be served upon the Plaintiffs current institution, Calipatria State Prison.

Petitioners reason for this request is that when the Court granted the Petitioners application for In Forma Pauperis (IFP) the Court served that order upon the institutions Trust Office.

Since that submission the institution has been withdrawing the fees for this case.

Petitioners has submitted an appeal on this issue and the institution / Prison officials has _ignored my appeal_ and the Courts Order verifying this case has been withdrawn by the Plaintiff and Closed per this request.

However that order was not served upon the institutions Trust Office to cancell all deductions or fees to be collected for this case, in which is still being collected for this case.

Therefor it is hereby requested that the Court Please inform and serve Prison officials at Calipatria State Prison, that this case has been closed, cease all deductions for this case and return any money back to the Plaintiff that was deducted after the case was withdrawn and deemed or ordered closed by the Court.

Dated:

Respectfully submitted

William Brown

ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENT AGENCY (pursuant to Welf. & Inst. Code, §§ 11475.1, 11478.2) (Name, State bar number, and address):

William Brown K93443
Telephone No:                    Fax No:   PO Box 5004
                                           Calipatria CA 92233
ATTORNEY FOR (Name):              In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
                                  United States District Court
STREET ADDRESS:
MAILING ADDRESS:                  450 Golden Gate
CITY & ZIP CODE:                  San Fran CA 94102
BRANCH NAME:

**FOR COURT USE ONLY**

PETITIONER/ PLAINTIFF:  William Brown

RESPONDENT/DEFENDANT:
Ben Curry et al

**PROOF OF SERVICE**

CASE #:  CV 07 5942 CW

NOTICE: To serve temporary restraining orders you must use personal service (see form 1285.84).

1. I am over the age of 18, not a party to this cause, and not a protected person listed on any of the orders. I am resident of or employed in the county where the mailing took place.

2. My residence or business address is: PO Box 5004, Calipatria CA 92233

3. I served a copy of the following documents (specify):

    Petitioners Request For Order

   By enclosing them in an envelope AND

   a. ☐ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ Placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served:      USDC N. Dist CA
   b. Address:                    Clerk of the Court
                                  450 Golden Gate Ave
                                  San Fran CA 94102
   c. Date Mailed: 13 June 08
   d. Place of Mailing (City & State):  Calipatria CA

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

➤ _____William Brown_____          _____William Brown_____
   Signature of person completing this form    13 June 08     Type or print name:
                                    Date:

**PROOF OF SERVICE BY MAIL**

Form Approved by Rule 1285.85 Judicial Council of California 1285.85 (new July 1, 1998)