

7/13/08

[signature]